**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lauer, Kelly M** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Lauer, Karla A** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**AKA Karla A Koulogeorge** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-4658** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-8901** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**400 Reserve Drive**<br>**Crystal Lake, IL 60012** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**400 Reserve Drive**<br>**Crystal Lake, IL 60012** |
| County of Residence or of the<br>Principal Place of Business: **Mchenry** | County of Residence or of the<br>Principal Place of Business: **Mchenry** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ☐ Chapter 11 | ■ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | ☐ Clearing Bank | | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ■ Consumer/Non-Business | ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | | |

**Statistical/Administrative Information** (Estimates only)   THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (9/05)

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** **Lauer, Kelly M** **Lauer, Karla A** | **FORM B1**, Page 2 |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kelly M Lauer**
Signature of Debtor **Kelly M Lauer**

X **/s/ Karla A Lauer**
Signature of Joint Debtor **Karla A Lauer**

Telephone Number (If not represented by attorney)

**September 19, 2005**
Date

**Signature of Attorney**

X **/s/ Saulius V. Modestas**
Signature of Attorney for Debtor(s)
**Saulius V. Modestas 6278054**
Printed Name of Attorney for Debtor(s)
**The Langone Law Firm**
Firm Name
**25 E. Washington St.**
**Suite 1805**
**Chicago, IL 60602**
Address
**312-782-2000 Fax: 312-782-2022**
Telephone Number
**September 19, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **/s/ Saulius V. Modestas**       **September 19, 2005**
Signature of Attorney for Debtor(s)       Date
**Saulius V. Modestas 6278054**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**United States Bankruptcy Court**
**Northern District of Illinois**

In re: **Kelly M Lauer / Karla A Lauer**, Debtor(s)

Case No.  
Chapter **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 2,200.00 |
   | Prior to the filing of this statement I have received | $ 2,200.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:
   ■ Debtor     □ Other (specify):

3. The source of compensation to be paid to me is:
   ■ Debtor     □ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **September 19, 2005**

**/s/ Saulius V. Modestas**
Saulius V. Modestas 6278054
The Langone Law Firm
25 E. Washington St.
Suite 1805
Chicago, IL 60602
312-782-2000   Fax: 312-782-2022

Adonai M. O'Donnell
250 S. Northwest Hwy.
Ste. 301
Park Ridge, IL 60068


Advocate
701 Lee Street
Des Plaines, IL 60016


Afni, Inc.
Po Box 3097
Bloomington, IL 61702


Amc Mortgage Services
505 City Pkwy South # 10
Orange, CA 92868


Ameriquest
c/o James, Gustafson & Thompson
1001 E. Chicago Ave., Ste. 103
Naperville, IL 60540


Ameriquest
c/o Trobe, Babowice & Associates
404 W. Water St.
Waukegan, IL 60085


Andrea and Michael Iden
c/o Richard J. Nakem
121 E. Liberty St., Ste. 3
Wauconda, IL 60084


Avco Finance
2474 W Dempster St
Des Plaines, IL 60016


Barons Creditors Service
155 Revere Dr
Northbrook, IL 60062


Beneficial/Hfc
2700 Sanders Rd
Prospect Heights, IL 60070

Cbcs
236 East Towne St
Columbus, OH 43215


Cbusa
Po Box 9714
Gray, TN 37615


Cbusasears
Po Box 6189
Sioux Falls, SD 57117


Certified Services Inc
1733 Washington St
Waukegan, IL 60079


Chicago Municipal Emp
33 N Lasalle St Ste 3
Chicago, IL 60602


Chicago Municipal Empl
180 N Lasalle
Chicago, IL 60603


Childress, Duffy and Goldblatt
515 N. State
Suite 2200
Chicago, IL 60610


Chuck Romano
6952 N. Oriole
Chicago, IL 60631


City of Chicago
c/o Harris and Harris
600 W. Jackson, Suite 450
Chicago, IL 60680


City of Chicago -
c/o Baker, Miller, Markoff and Kras
11 S. Lasalle, 19th Floor
Chicago, IL 60603

```
City of Chicago - Streets and Sanit
121 N. LaSalle St.
Chicago, IL 60602


City of Chicago -Parking
121 N. LaSalle
Chicago, IL 60602


Cole Taylor Bank
P.O. Box 909743
Chicago, IL 60690


Collect America
1999 Broadway
Denver, CO 80202


Collect America Ltd
370 17th St Ste 5000
Denver, CO 80202


ComEd
Bill Payment Center
Chicago, IL 60668-0002


Credit Protection
13355  Noel Road#
Dallas, TX 75240


Dena Strauss
20246 Meadow Lane
Barrington, IL 60010


Drive Financial
8585 N Stemmons Fwy Ste
Dallas, TX 75247


G M A C
15303 S 94th Ave
Orland Park, IL 60462


Gc Services
6330 Gulfton
Houston, TX 77081
```

Georgia Minneci
880 N. Lake Shore Drive
3rd Floor
Chicago, IL 60611


Great Lakes Financial
322 S. Green
Ste. 504
Chicago, IL 60607


Harris & Harris
600 W Jackson
Chicago, IL 60661


Hb Fsb
Po Box 8633
Elmhurst, IL 60126


Household Finance Corporation
c/o Larson and Nierling
11 S. LaSalle, Suite 2400
Chicago, IL 60603


Household Finance Corporation
c/o Berger, Newmark and Fenchel P.C
222 N. LaSalle, Suite 1900
Chicago, IL 60601


Hsbc/Carsn
140 W Industrial Dr
Elmhurst, IL 60126


Humana Health Care
500 W. Main St.
Louisville, KY 40202


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn
Chicago, IL 60604


Kohls
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

Laurens Restoration, Inc.
1870 Elmddale Avenue
Glenview, IL 60025


Laurens Restoration, Inc.
c/o Mason, Silver, Wenk & Mishkin
1033 Skokie Blvd.
Northbrook, IL 60062


Lou Harris Company
613 Academy Dr
Northbrook, IL 60062


Loyola University Medical Center
2160 S. First Ave.
Maywood, IL 60153


Lvnv Funding
Po Box 740281
Houston, TX 77274


Marilyn Koulogeorge

205 Bershire Dr.
Lake Villa, IL 60046


Mars Cleaning
779 Main St.
Antioch, IL 60002


Mbna America
Pob 17054
Wilmington, DE 19884


Medical Business Bureau
1460 Renaissance D
Park Ridge, IL 60068


Merchants Credit Guide
223 W Jackson St
Chicago, IL 60606


Nationwide Credit Inc
2015 Vaughn Rd Nw Ste 30
Kennesaw, GA 30144

Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Paragon Way Inc
2101 W Ben White Blvd
Austin, TX 78704


Pentagroup Financial
5959 Corporate Dr Ste 14
Houston, TX 77036


Peoples Energy
130 E Randolph
Chicago, IL 60601


Peter Koulogeorge
205 Bershire Drive
Lake Villa, IL 60046


Peter Mark Koulogeorge
3423 N. Leavitt
Chicago, IL 60618


Pier 1/Nb
9111 Duke Blvd
Mason, OH 45040


Restore Board Up
4447 Cortland Ave.
Chicago, IL 60639


Resurrection Medical Center
7435 Talcott Ave.
Chicago, IL 60631


Richard Nakon and James Kaiser
c/o Litchfield Cavo, LLP
303 W. Madison, Suite 300
Chicago, IL 60606


State Farm
c/o O'Hagen Smith & Amundsen
150 N. Michigan, Suite 3300
Chicago, IL 60601

```
Winkelmans
1000 Macarthur Bv
Mahwah, NJ 07430
```