Case 05-74922    Doc 30    Filed 12/02/05    Entered 12/02/05 15:32:47    Desc Main
Document    Page 1 of 2

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KELLY M. LAUER & KARLA A. LAUER  
400 RESERVE DRIVE  
CRYSTAL LAKE, IL  60012

SSN-xxx-xx-4658 & xxx-xx-8901

Case Number: 05-74922

Case filed on: 9/19/2005  
Plan Confirmed on:

X Converted    Unconfirmed

Total funds received and disbursed pursuant to the plan:  $0.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | THE LANGONE LAW FIRM | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AMERIQUEST MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMERIQUEST | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | HOUSEHOLD FINANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | HOUSEHOLD FINANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CBUSASEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CHICAGO MUNICIPAL EMPL | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CHICAGO MUNICIPAL EMPL | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | COLE TAYLOR BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | HUMANA HEALTH CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | LAURENS RESTORATION, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | LOYOLA UNIVERSITY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 063 | RESURRECTION MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 064 | RICHARD NAKON & JAMES KAISER | 0.00 | 0.00 | 0.00 | 0.00 |
| 065 | STATE FARM | 0.00 | 0.00 | 0.00 | 0.00 |
| 066 | AVCO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 067 | KRISTINE E. WATSON, ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 207 | HOUSEHOLD FINANCE CORPORATION III | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 14,000.00 | 14,000.00 | 0.00 | 0.00 |
|  | Total Priority | 14,000.00 | 14,000.00 | 0.00 | 0.00 |
| 004 | DRIVE FINANCIAL SERVICES | 10,500.00 | 10,500.00 | 0.00 | 0.00 |
|  | Total Secured | 10,500.00 | 10,500.00 | 0.00 | 0.00 |
| 001 | AMERIQUEST MORTGAGE CO | 581,918.78 | 58,191.88 | 0.00 | 0.00 |
| 004 | DRIVE FINANCIAL SERVICES | 873.61 | 87.36 | 0.00 | 0.00 |
| 007 | HFC | 231,097.55 | 23,109.75 | 0.00 | 0.00 |
| 009 | ADONAI M. O'DONNELL | 900.00 | 90.00 | 0.00 | 0.00 |
| 010 | ADVOCATE MEDICAL GROUP | 842.00 | 84.20 | 0.00 | 0.00 |
| 011 | ANDERSON FINANCIAL | 609.00 | 60.90 | 0.00 | 0.00 |
| 012 | ANDREA & MICHAEL IDEN | 6,093.33 | 609.33 | 0.00 | 0.00 |
| 013 | BARONS CREDIT SERVICE | 448.00 | 44.80 | 0.00 | 0.00 |
| 014 | BENEFICIAL/HFC | 9,472.00 | 947.20 | 0.00 | 0.00 |
| 015 | CBCS | 3,245.00 | 324.50 | 0.00 | 0.00 |
| 016 | CBUSA | 4,313.00 | 431.30 | 0.00 | 0.00 |
| 018 | CERTIFIED SERVICES INC | 150.43 | 15.04 | 0.00 | 0.00 |
| 019 | CHICAGO MUNICIPAL EMP. | 9,627.00 | 962.70 | 0.00 | 0.00 |
| 020 | CHICAGO MUNICIPAL EMP. | 4,684.00 | 468.40 | 0.00 | 0.00 |
| 023 | CHILDRESS, DUFFY & GOLDBLATT | 18,508.11 | 1,850.81 | 0.00 | 0.00 |
| 024 | CHUCK ROMANO | 2,400.00 | 240.00 | 0.00 | 0.00 |
| 025 | CITY OF CHICAGO | 325.00 | 32.50 | 0.00 | 0.00 |
| 026 | CITY OF CHICAGO | 1,220.00 | 122.00 | 0.00 | 0.00 |
| 027 | CITY OF CHICAGO | 349.03 | 34.90 | 0.00 | 0.00 |
| 028 | CITY OF CHICAGO | 730.00 | 73.00 | 0.00 | 0.00 |
| 030 | COLLECT AMERICA | 11,457.00 | 1,145.70 | 0.00 | 0.00 |
| 031 | COLLECT AMERICA LTD | 7,306.00 | 730.60 | 0.00 | 0.00 |
| 032 | COMED CO | 2,617.34 | 261.73 | 0.00 | 0.00 |
| 033 | CREDIT PROTECTION ASSOCIATION | 591.00 | 59.10 | 0.00 | 0.00 |
| 034 | DENA STRAUSS | 8,000.00 | 800.00 | 0.00 | 0.00 |
| 035 | GMAC | 16,464.00 | 1,646.40 | 0.00 | 0.00 |
| 036 | GMAC | 5,869.00 | 586.90 | 0.00 | 0.00 |
| 037 | GC SERVICES | 610.00 | 61.00 | 0.00 | 0.00 |
| 038 | GEORGIA MINNECI | 10,000.00 | 1,000.00 | 0.00 | 0.00 |
| 039 | GREAT LAKES FINANCIAL SVCS. | 554.20 | 55.42 | 0.00 | 0.00 |
| 040 | HARRIS & HARRIS, LTD. | 2,887.00 | 288.70 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 041 | HSBC / CARSN | 1,509.00 | 150.90 | 0.00 | 0.00 |
| 043 | KOHLS | 549.00 | 54.90 | 0.00 | 0.00 |
| 044 | LAURENS RESTORATION, INC. | 54,010.70 | 5,401.07 | 0.00 | 0.00 |
| 046 | LOU HARRIS COMPANY | 391.00 | 39.10 | 0.00 | 0.00 |
| 048 | LVNV FUNDING | 5,813.00 | 581.30 | 0.00 | 0.00 |
| 049 | LVNV FUNDING | 3,390.00 | 339.00 | 0.00 | 0.00 |
| 050 | MARS CLEANING | 195.50 | 19.55 | 0.00 | 0.00 |
| 051 | MEDICAL BUSINESS BUREAU | 1,206.00 | 120.60 | 0.00 | 0.00 |
| 052 | MERCHANTS CREDIT GUIDE CO | 168.00 | 16.80 | 0.00 | 0.00 |
| 053 | NATIONWIDE CREDIT, INC. | 435.00 | 43.50 | 0.00 | 0.00 |
| 054 | NICOR GAS | 670.00 | 67.00 | 0.00 | 0.00 |
| 055 | NICOR GAS | 564.00 | 56.40 | 0.00 | 0.00 |
| 056 | PARAGON WAY INC | 294.00 | 29.40 | 0.00 | 0.00 |
| 057 | PENTAGROUP FINANCIAL, LLC | 841.00 | 84.10 | 0.00 | 0.00 |
| 058 | PEOPLES GAS LIGHT & COKE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | PETER & MARILYN KOULOGEORGE | 62,007.65 | 6,200.77 | 0.00 | 0.00 |
| 060 | PETER MARK KOULOGEORGE | 9,900.00 | 990.00 | 0.00 | 0.00 |
| 061 | PIER 1 / NB | 2,345.00 | 234.50 | 0.00 | 0.00 |
| 062 | RESTORE BOARD UP | 1,435.00 | 143.50 | 0.00 | 0.00 |
| | Total Unsecured | 1,089,885.23 | 108,988.51 | 0.00 | 0.00 |
| | Grand Total: | 1,114,385.23 | 133,488.51 | 0.00 | 0.00 |

Total Paid Claimant:     $0.00
Trustee Allowance:       $0.00
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/29/2005            By  /s/Heather M. Fagan