## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re:<br>LAUER, KELLY M<br>LAUER, KARLA A<br><br>　　　　　　Debtors | §<br>§<br>§<br>§<br>§ | Case No. 05-74922 MLB |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 09/19/2005 . The case was converted to one under Chapter 7 on 10/21/2005 . The undersigned trustee was appointed on 09/19/2005 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 30,033.90 |
| Funds were disbursed in the following amounts: | | |
| Administrative expenses | | 1,004.00 |
| Payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Leaving a balance on hand of | $ | 29,029.90 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 11/28/2006. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,753.39. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,753.39, for a total compensation of $ 3,753.39. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00, and now requests reimbursement for expenses of $ 0.00, for total expenses of $ 0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/11/2009          By:/s/DANIEL M. DONAHUE
                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No: | 05-74922 MLB   Judge: MANUEL BARBOSA |
|---|---|
| Case Name: | LAUER, KELLY M |
|  | LAUER, KARLA A |
| For Period Ending: | 06/10/09 |

| Trustee Name: | DANIEL M. DONAHUE |
|---|---|
| Date Filed (f) or Converted (c): | 10/21/05 (c) |
| 341(a) Meeting Date: | 12/15/05 |
| Claims Bar Date: | 11/28/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 520,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash on hand | 20.00 | 0.00 | DA | 0.00 | FA |
| 3. Household goods and furnishings | 900.00 | 0.00 | DA | 0.00 | FA |
| 4. Wearing Apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 5. Litigation v. Mason, et al. | Unknown | 0.00 | OA | 0.00 | FA |
| 6. Litigation v. Nakon et al. | Unknown | 0.00 | OA | 0.00 | FA |
| 7. Litigation v. State Farm, et al. | Unknown | 25,000.00 |  | 25,000.00 | FA |
| 8. Counterclaim v. Ameriquest | Unknown | 5,000.00 |  | 5,000.00 | FA |
| 9. 1993 Chevrolet Astro Van | 500.00 | 0.00 | DA | 0.00 | FA |
| 10. 2003 Mazda Protege | 10,500.00 | 0.00 | DA | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | 0.00 |  | 33.90 | FA |
| TOTALS (Excluding Unknown Values) | $532,420.00 | $30,000.00 |  | $30,033.90 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR): 07/01/08    Current Projected Date of Final Report (TFR): 07/01/09

LFORM1
UST Form 101-7-TFR (4/1/2009) (Page: 3)

Ver: 14.31n

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 05-74922 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | LAUER, KELLY M | Bank Name: | BANK OF AMERICA, N.A. |
| | LAUER, KARLA A | Account Number / CD #: | ******0014 Money Market Account (Interest Earn |
| Taxpayer ID No: | ******6568 | | |
| For Period Ending: | 06/10/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/10/07 | 8 | AMERIQUEST MORTGAGE | SETTLEMENT PROCEEDS | 1149-000 | 5,000.00 | | 5,000.00 |
| 07/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.74 | | 5,002.74 |
| 08/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.25 | | 5,006.99 |
| 09/28/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 3.18 | | 5,010.17 |
| 10/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 3.20 | | 5,013.37 |
| 11/30/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 2.68 | | 5,016.05 |
| 12/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 2.40 | | 5,018.45 |
| 01/31/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 1.99 | | 5,020.44 |
| 02/29/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 1.19 | | 5,021.63 |
| 03/31/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.19 | | 5,022.82 |
| 04/30/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.03 | | 5,023.85 |
| 05/30/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.64 | | 5,024.49 |
| 06/04/08 | 001000 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | CH. 7 BLANKET BOND - 6/1/08-6/1/09 | 2300-000 | | 4.00 | 5,020.49 |
| 06/30/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.62 | | 5,021.11 |
| 07/31/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.64 | | 5,021.75 |
| 08/29/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.64 | | 5,022.39 |
| 09/30/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.62 | | 5,023.01 |
| 10/20/08 | 7 | STATE FARM FIRE AND CASUALTY COMPANY | SETTLEMENT PROCEEDS: LITIGATION | 1149-000 | 25,000.00 | | 30,023.01 |
| 10/31/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.76 | | 30,023.77 |
| 11/28/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.46 | | 30,026.23 |
| 12/31/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.51 | | 30,027.74 |
| 01/30/09 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.25 | | 30,027.99 |
| 02/27/09 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.23 | | 30,028.22 |
| 03/31/09 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 30,028.48 |
| 04/30/09 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.66 | | 30,029.14 |
| 05/07/09 | 001001 | CHRISTOPHER LANGONE | ATTORNEY'S FEES | 3210-000 | | 1,000.00 | 29,029.14 |
| | | | Page Subtotals | | 30,033.14 | 1,004.00 | |

Ver: 14.31a

LFORM24

UST Form 101-7-TFR (4/1/2009) (Page: 4)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 05-74922 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | LAUER, KELLY M / LAUER, KARLA A | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******6568 | Account Number / CD #: | *******0014 Money Market Account (Interest Earn |
| For Period Ending: | 06/10/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/29/09 | 11 | 5315 N. SAINT LOUIS CHICAGO, IL 60625 BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.76 |  | 29,029.90 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 30,033.90 | 1,004.00 | 29,029.90 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 30,033.90 | 1,004.00 |
| Less: Payments to Debtors |  | 0.00 |
| Net | 30,033.90 | 1,004.00 |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS |  |  |  |
| Money Market Account (Interest Earn - *******0014 | 30,033.90 | 1,004.00 | 29,029.90 |
|  | 30,033.90 | 1,004.00 | 29,029.90 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.76     0.00

Ver: 14.31a

LFORM24
UST Form 101-7-TFR (4/1/2009) (Page: 5)

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: 05-74922 | | | Page 1 | | | Date: June 11, 2009 |
| --- | --- | --- | --- | --- | --- | --- |
| Debtor Name: LAUER, KELLY M | | | Claim Class Sequence | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $17,425.00 | $0.00 | $17,425.00 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $466.74 | $0.00 | $466.74 |
| 000002 070 7100-00 | Andrea and Michael Iden c/o Richard J. Nakem 121 E. Liberty St., Ste. 3 Wauconda, IL 60084 | Unsecured | | $6,093.33 | $0.00 | $6,093.33 |
| 000003 070 7100-00 | Peoples Gas Light & Coke Co. 130 E Randolph Dr Chicago IL 60601 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000005 070 7100-00 | Condell Acute Care c/o Certified Services Inc. 1733 Washington St Waukegan IL 60085 | Unsecured | | $150.43 | $0.00 | $150.43 |
| 000006 070 7100-00 | ComEd Co 2100 Swift Drive Oakbrook IL 60523 | Unsecured | | $2,617.34 | $0.00 | $2,617.34 |
| 000007A 070 7100-00 | Ameriquest Mortgage Co. c/o Bryan Sims James, Gustafson and Thompson, Ltd. 1001 E. Chicago Ave, Suite 103 Naperville, IL 60540 | Unsecured | | $56,918.78 | $0.00 | $56,918.78 |
| 000012 070 7100-00 | Kohl's Department Store c/o Creditors Bankruptcy Service P O Box 740933 Dallas, TX 75374 | Unsecured | | $549.85 | $0.00 | $549.85 |
| 000013 070 7100-00 | Childress, Duffy and Goldblatt 515 N. State Suite 2200 Chicago, IL 60610 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000014 070 7100-00 | Paragon Way, Inc. c/o Creditors Bankruptcy Service P O Box 740933 Dallas, TX 75374 | Unsecured | | $294.36 | $0.00 | $294.36 |
| 000015 070 7100-00 | eCAST Settlement Corporation, assignee of Household Finance Corporation/Beneficial P.O. Box 35480 Newark, NJ 07193-5480 | Unsecured | | $9,472.77 | $0.00 | $9,472.77 |

Case 05-74922    Doc 138    Filed 07/07/09    Entered 07/07/09 13:20:39    Desc Main
Document    Page 7 of 13

## EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 05-74922 | | Page 2 | | Date: June 11, 2009 |
| Debtor Name: | LAUER, KELLY M | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000016 070 7100-00 | Nicor Gas<br>PO Box 549<br>Aurora IL 60507 | Unsecured | | $1,281.56 | $0.00 | $1,281.56 |
| 000017 070 7100-00 | Arrow Financial Services LLC<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $1,255.11 | $0.00 | $1,255.11 |
| 000018 070 7100-00 | B-Line, LLC/Collect America<br>ASPIRE<br>Mail Stop 550<br>2101 Fourth Ave., Suite 1030<br>Seattle, WA, 98121 | Unsecured | | $7,306.24 | $0.00 | $7,306.24 |
| 000019 070 7100-00 | Department of the Treasury-Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | Unsecured | | $14,501.15 | $0.00 | $14,501.15 |
| 000020 070 7100-00 | Asset Acceptance LLC<br>assignee/ Maryland National Bank<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $18,037.29 | $0.00 | $18,037.29 |
| 000021 070 7100-00 | Condell Acute Care<br>c/o Certified Services Inc<br>1733 Washington St #201<br>Waukegan, IL 60079 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000022 070 7100-00 | LVNV Funding LLC its successors and assigns as<br>assignee of Resurgent Capital LP/Citi<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $2,898.78 | $0.00 | $2,898.78 |
| 000023 070 7100-00 | LVNV Funding LLC its successors and assigns as<br>assignee of Resurgent Capital LP/Citi<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $4,971.62 | $0.00 | $4,971.62 |
| 000024 070 7100-00 | Laurens Restoration, Inc.<br>c/o Silver & Mishkin<br>400 Skokie Blvd. Ste 850<br>Northbrook, IL 60062 | Unsecured | | $73,918.70 | $0.00 | $73,918.70 |
| 000025A 070 7100-00 | Childress, Duffy and Goldblatt<br>515 N. State<br>Suite 2200<br>Chicago, IL 60610 | Unsecured | | $4,010.00 | $0.00 | $4,010.00 |

CREGISTR                                                                                                         Printed: 06/11/09 02:51 PM   Ver: 14.31a
UST Form 101-7-TFR (4/1/2009) (Page: 7)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: 05-74922 | | Page 3 | | Date: June 11, 2009 |
| Debtor Name: LAUER, KELLY M | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000025B 070 7100-00 | Childress, Duffy and Goldblatt 515 N. State Suite 2200 Chicago, IL 60610 | Unsecured | | $18,508.11 | $0.00 | $18,508.11 |
| 000026 080 7200-00 | eCAST Settlement Corporation successor to Spiegel Acceptance Corp POB 35480 Newark NJ 07193-5480 | Unsecured | | $1,498.05 | $0.00 | $1,498.05 |
| 000001 050 4210-00 | Drive Financial Services 8585 North Stemmons Freeway Suite 800 North Dallas TX 75247 | Secured | | $11,373.61 | $0.00 | $11,373.61 |
| 000004 050 4210-00 | HOUSEHOLD FINANCE CORPORATION III 961 WEIGEL DRIVE ELMHURST IL 60126 | Secured | | $231,097.55 | $0.00 | $231,097.55 |
| 000007B 050 4110-00 | Ameriquest Mortgage Co. c/o Bryan Sims James, Gustafson and Thompson, Ltd. 1001 E. Chicago Ave, Suite 103 Naperville, IL 60540 | Secured | | $525,000.00 | $0.00 | $525,000.00 |
| 000008 050 4210-00 | Chicago Municipal Emp 33 N Lasalle St Ste 3 Chicago, IL 60602 | Secured | | $0.00 | $0.00 | $0.00 |
| 000009 050 4210-00 | Chicago Municipal Emp 33 N Lasalle St Ste 3 Chicago, IL 60602 | Secured | | $0.00 | $0.00 | $0.00 |
| 000010 050 4210-00 | Chicago Municipal Emp 33 N Lasalle St Ste 3 Chicago, IL 60602 | Secured | | $8,642.92 | $0.00 | $8,642.92 |
| 000011 050 4210-00 | Chicago Municipal Emp 33 N Lasalle St Ste 3 Chicago, IL 60602 | Secured | | $17,501.49 | $0.00 | $17,501.49 |
| | Case Totals: | | | $1,035,790.78 | $0.00 | $1,035,790.78 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-74922 MLB
Case Name: LAUER, KELLY M
         LAUER, KARLA A
Trustee Name: DANIEL M. DONAHUE

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| NA | $ NA |
|  | $ |
|  | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: DANIEL M. DONAHUE | $ 3,753.39 | $ 0.00 |
| Attorney for trustee: MCGREEVY WILLIAMS | $ 17,425.00 | $ 466.74 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: NA | $ NA | $ NA |
| Other: | $ | $ |

UST Form 101-7-TFR (4/1/2009) (Page: 9)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* NA | | $ NA | $ NA |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ NA | $ NA |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 222,785.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.3 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Andrea and Michael Iden | $ 6,093.33 | $ 201.98 |
| 000003 | Peoples Gas Light & Coke Co. | $ 0.00 | $ 0.00 |
| 000005 | Condell Acute Care | $ 150.43 | $ 4.99 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000006 | ComEd Co | $ 2,617.34 | $ 86.76 |
| 000007A | Ameriquest Mortgage Co. | $ 56,918.78 | $ 1,886.71 |
| 000012 | Kohl's Department Store | $ 549.85 | $ 18.23 |
| 000013 | Childress, Duffy and Goldblatt | $ 0.00 | $ 0.00 |
| 000014 | Paragon Way, Inc. | $ 294.36 | $ 9.75 |
| 000015 | eCAST Settlement Corporation, assignee of | $ 9,472.77 | $ 314.00 |
| 000016 | Nicor Gas | $ 1,281.56 | $ 42.48 |
| 000017 | Arrow Financial Services LLC | $ 1,255.11 | $ 41.60 |
| 000018 | B-Line, LLC/Collect America | $ 7,306.24 | $ 242.18 |
| 000019 | Department of the Treasury-Internal Revenue | $ 14,501.15 | $ 480.68 |
| 000020 | Asset Acceptance LLC | $ 18,037.29 | $ 597.89 |
| 000021 | Condell Acute Care | $ 0.00 | $ 0.00 |
| 000022 | LVNV Funding LLC its successors and assigns as | $ 2,898.78 | $ 96.09 |
| 000023 | LVNV Funding LLC its successors and assigns as | $ 4,971.62 | $ 164.80 |
| 000024 | Laurens Restoration, Inc. | $ 73,918.70 | $ 2,450.22 |
| 000025A | Childress, Duffy and Goldblatt | $ 4,010.00 | $ 132.92 |
| 000025B | Childress, Duffy and Goldblatt | $ 18,508.11 | $ 613.49 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000026 | eCAST Settlement Corporation successor to | $ 1,498.05 | $ 0.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ NA | $ NA |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

## Summary of Professional Fees

| Professional | | Previous Allowances | Pending Applications | Total Fees And Expenses |
|---|---|---:|---:|---:|
| **Trustee's Attorney** | | | | |
| McGreevy Williams | *Fees* | $0.00 | $17,425.00 | $17,425.00 |
| | *Expenses* | $0.00 | $466.74 | $466.74 |
| **Trustee's Accountants** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Other Professionals** | | | | |
| Christopher Langone | *Fees* | $1,000.00 | $0.00 | $1,000.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Totals** | *Fees* | $1,000.00 | $17,425.00 | $18,425.00 |
| | *Expenses* | $0.00 | $466.74 | $466.74 |
| | | $1,000.00 | $17,891.74 | $18,891.74 |

**Exhibit G**