.

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | Case No. 05-74922 MLB |
| LAUER, KELLY M | § | |
| LAUER, KARLA A | § | |
| Debtors | § | |
| | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 30,033.90 |
| *and approved disbursements of* | $ | 1,004.00 |
| *leaving a balance of* | $ | 29,029.90 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* | |
|---|---|---|
| NA | $ | NA |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* | |
|---|---|---|---|
| *Trustee: DANIEL M. DONAHUE* | $ 3,753.39 | $ | 0.00 |
| *Attorney for trustee: MCGREEVY WILLIAMS* | $ 17,425.00 | $ | 466.74 |
| *Appraiser:* | $ | $ | |
| *Auctioneer:* | $ | $ | |
| *Accountant:* | $ | $ | |
| *Special Attorney for trustee:* | $ | $ | |

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: NA | $_____ NA | $_____ NA |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $_____ | $_____ |
| Attorney for: | | $_____ | $_____ |
| Accountant for: | | $_____ | $_____ |
| Appraiser for: | | $_____ | $_____ |
| Other: NA | | $_____ NA | $_____ NA |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $_____ NA | $_____ NA |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 222,785.42  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  3.3  percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | | Proposed Payment |
|---|---|---|---|---|
| 000002 | Andrea and Michael Iden | $ | 6,093.33 $ | 201.98 |
| 000003 | Peoples Gas Light & Coke Co. | $ | 0.00 $ | 0.00 |
| 000005 | Condell Acute Care | $ | 150.43 $ | 4.99 |
| 000006 | ComEd Co | $ | 2,617.34 $ | 86.76 |
| 000007A | Ameriquest Mortgage Co. | $ | 56,918.78 $ | 1,886.71 |
| 000012 | Kohl's Department Store | $ | 549.85 $ | 18.23 |
| 000013 | Childress, Duffy and Goldblatt | $ | 0.00 $ | 0.00 |
| 000014 | Paragon Way, Inc. | $ | 294.36 $ | 9.75 |
| 000015 | eCAST Settlement Corporation, assignee of | $ | 9,472.77 $ | 314.00 |
| 000016 | Nicor Gas | $ | 1,281.56 $ | 42.48 |
| 000017 | Arrow Financial Services LLC | $ | 1,255.11 $ | 41.60 |
| 000018 | B-Line, LLC/Collect America | $ | 7,306.24 $ | 242.18 |
| 000019 | Department of the Treasury-Internal Revenue | $ | 14,501.15 $ | 480.68 |
| 000020 | Asset Acceptance LLC | $ | 18,037.29 $ | 597.89 |
| 000021 | Condell Acute Care | $ | 0.00 $ | 0.00 |
| 000022 | LVNV Funding LLC its successors and assigns as | $ | 2,898.78 $ | 96.09 |
| 000023 | LVNV Funding LLC its successors and assigns as | $ | 4,971.62 $ | 164.80 |
| 000024 | Laurens Restoration, Inc. | $ | 73,918.70 $ | 2,450.22 |
| 000025A | Childress, Duffy and Goldblatt | $ | 4,010.00 $ | 132.92 |
| 000025B | Childress, Duffy and Goldblatt | $ | 18,508.11 $ | 613.49 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000026 | eCAST Settlement Corporation $ | 1,498.05 $ | 0.00 |
| | successor to | | |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ NA | $ NA |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on  8/10/2009  in Courtroom 115 ,

United States Courthouse

211 S. Court Street

Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 06/12/2009            By: /s/DANIEL M. DONAHUE

Trustee

DANIEL M. DONAHUE

UST Form 101-7-NFR (4/1/2009) (Page: 4)

*P.O. BOX 2903, ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.