UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | Case No. 05-74922 MLB |
|---|---|---|
| LAUER, KELLY M | § | |
| LAUER, KARLA A | § | |
| Debtors | § | |
| | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 30,033.90 |
| *and approved disbursements of* | $ | 1,004.00 |
| *leaving a balance of* | $ | 29,029.90 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| NA | $ NA |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: DANIEL M. DONAHUE | $ 3,753.39 | $ 0.00 |
| Attorney for trustee: MCGREEVY WILLIAMS | $ 17,425.00 | $ 466.74 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |

UST Form 101-7-NFR (4/1/2009) (Page: 1)

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Charges:* | $_____ | $_____ |
| *Fees:* | $_____ | $_____ |
| *Other: NA* | $_____ NA | $_____ NA |
| *Other:* | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $_____ | $_____ |
| *Attorney for:* | $_____ | $_____ |
| *Accountant for:* | $_____ | $_____ |
| *Appraiser for:* | $_____ | $_____ |
| *Other: NA* | $_____ NA | $_____ NA |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $_____ NA | $_____ NA |
|  |  | $_____ | $_____ |
|  |  | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 222,785.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.3 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Andrea and Michael Iden | $ 6,093.33 | $ 201.98 |
| 000003 | Peoples Gas Light & Coke Co. | $ 0.00 | $ 0.00 |
| 000005 | Condell Acute Care | $ 150.43 | $ 4.99 |
| 000006 | ComEd Co | $ 2,617.34 | $ 86.76 |
| 000007A | Ameriquest Mortgage Co. | $ 56,918.78 | $ 1,886.71 |
| 000012 | Kohl's Department Store | $ 549.85 | $ 18.23 |
| 000013 | Childress, Duffy and Goldblatt | $ 0.00 | $ 0.00 |
| 000014 | Paragon Way, Inc. | $ 294.36 | $ 9.75 |
| 000015 | eCAST Settlement Corporation, assignee of | $ 9,472.77 | $ 314.00 |
| 000016 | Nicor Gas | $ 1,281.56 | $ 42.48 |
| 000017 | Arrow Financial Services LLC | $ 1,255.11 | $ 41.60 |
| 000018 | B-Line, LLC/Collect America | $ 7,306.24 | $ 242.18 |
| 000019 | Department of the Treasury- Internal Revenue | $ 14,501.15 | $ 480.68 |
| 000020 | Asset Acceptance LLC | $ 18,037.29 | $ 597.89 |
| 000021 | Condell Acute Care | $ 0.00 | $ 0.00 |
| 000022 | LVNV Funding LLC its successors and assigns as | $ 2,898.78 | $ 96.09 |
| 000023 | LVNV Funding LLC its successors and assigns as | $ 4,971.62 | $ 164.80 |
| 000024 | Laurens Restoration, Inc. | $ 73,918.70 | $ 2,450.22 |
| 000025A | Childress, Duffy and Goldblatt | $ 4,010.00 | $ 132.92 |
| 000025B | Childress, Duffy and Goldblatt | $ 18,508.11 | $ 613.49 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000026 | eCAST Settlement Corporation successor to | $ 1,498.05 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ NA | $ NA |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 8/10/2009 in Courtroom 115,
United States Courthouse
211 S. Court Street
Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 06/12/2009          By:/s/DANIEL M. DONAHUE
                          Trustee

DANIEL M. DONAHUE

UST Form 101-7-NFR (4/1/2009) (Page: 4)

P.O. BOX 2903, ROCKFORD, IL 61132-2903

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 2                   Date Rcvd: Jul 09, 2009
Case: 05-74922                Form ID: pdf006             Total Noticed: 88

The following entities were noticed by first class mail on Jul 11, 2009.
db/jdb        +Kelly M Lauer,   Karla A Lauer,   400 Reserve Drive,   Crystal Lake, IL 60012-3400
aty            Daniel M Donahue,   P. O. Box 2903,   Rockford, IL 61132-2903
aty           +Kenneth F. Ritz, ESQ,   Ritz & Laughlin, Ltd. P.C.,   728 N. Court Street,
                Rockford, IL 61103-6922
tr             Daniel Donahue,   P O Box 2903,   Rockford, IL 61132-2903
9845547       +Adonai M. O'Donnell,   250 S. Northwest Hwy.,   Ste. 301,   Park Ridge, IL 60068-4252
9845548       +Advocate,   701 Lee Street,   Des Plaines, IL 60016-4539
9845549       +Afni, Inc.,   Po Box 3097,   Bloomington, IL 61702-3097
9845550       +Amc Mortgage Services,   505 City Pkwy South # 10,   Orange, CA 92868-2924
9845552       +Ameriquest,   c/o Trobe, Babowice & Associates,   404 W. Water St.,   Waukegan, IL 60085-5528
9845551       +Ameriquest,   c/o James, Gustafson & Thompson,   1001 E. Chicago Ave., Ste. 103,
                Naperville, IL 60540-5500
10420660      +Ameriquest Mortgage Co.,   c/o Bryan Sims,   James, Gustafson and Thompson, Ltd.,
                1001 E. Chicago Ave, Suite 103,   Naperville, IL 60540-5500
9845553       +Andrea and Michael Iden,   c/o Richard J. Nakem,   121 E. Liberty St., Ste. 3,
                Wauconda, IL 60084-1959
10646498       Arrow Financial Services LLC,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
9845554       +Avco Finance,   2474 W Dempster St,   Des Plaines, IL 60016-5314
9845555       +Barons Creditors Service,   155 Revere Dr,   Northbrook, IL 60062-1558
9845556       +Beneficial/Hfc,   2700 Sanders Rd,   Prospect Heights, IL 60070-2701
10585193      +Bryan M Sims,   1001 E Chicago Ave, Suite 111,   Naperville, IL 60540-5500
9845571      ++COLLECT AMERICA LTD,   4340 S MONACO PKWY,   2ND FL,   DENVER CO 80237-3408
              (address filed with court: Collect America Ltd,   370 17th St Ste 5000,   Denver, CO 80202)
9845557       +Cbcs,   236 East Towne St,   Columbus, OH 43215-4631
9845558       +Cbusa,   Po Box 9714,   Gray, TN 37615-9714
9845559       +Cbusasears,   Po Box 6189,   Sioux Falls, SD 57117-6189
9845561       +Chicago Municipal Emp,   33 N Lasalle St Ste 3,   Chicago, IL 60602-3428
9845562       +Chicago Municipal Empl,   180 N Lasalle,   Chicago, IL 60601-2501
9845563       +Childress, Duffy and Goldblatt,   515 N. State,   Suite 2200,   Chicago, IL 60654-8704
9845564       +Chuck Romano,   6952 N. Oriole,   Chicago, IL 60631-1136
9845565       +City of Chicago,   c/o Harris and Harris,   600 W. Jackson, Suite 450,   Chicago, IL 60661-5636
9845566       +City of Chicago -,   c/o Baker, Miller, Markoff and Kras,   11 S. Lasalle, 19th Floor,
                Chicago, IL 60603-1203
9845567       +City of Chicago - Streets and Sanit,   121 N. LaSalle St.,   Chicago, IL 60602-1202
9845568       +City of Chicago -Parking,   121 N. LaSalle,   Chicago, IL 60602-1202
9845569       +Cole Taylor Bank,   P.O. Box 909743,   Chicago, IL 60690-9743
9845570       +Collect America,   1999 Broadway,   Denver, CO 80202-3025
9845573       +Credit Protection,   13355 Noel Road#,   Dallas, TX 75240-6602
9915425      ++DRIVE FINANCIAL SERVICES,   PO BOX 560284,   DALLAS TX 75356-0284
              (address filed with court: Drive Financial Services,   8585 North Stemmons Freeway,   Suite 800,
                North Dallas TX 75247)
9845574       +Dena Strauss,   20246 Meadow Lane,   Barrington, IL 60010-3657
9845575       +Drive Financial,   8585 N Stemmons Fwy Ste,   Dallas, TX 75247-3836
9845576       +G M A C,   15303 S 94th Ave,   Orland Park, IL 60462-3825
9845577       +Gc Services,   6330 Gulfton,   Houston, TX 77081-1198
9845578       +Georgia Minneci,   880 N. Lake Shore Drive,   3rd Floor,   Chicago, IL 60611-1761
9845579       +Great Lakes Financial,   322 S. Green,   Ste. 504,   Chicago, IL 60607-3555
10000857      +HOUSEHOLD FINANCE CORPORATION III,   961 WEIGEL DRIVE,   ELMHURST IL 60126-1050
9845580       +Harris & Harris,   600 W Jackson,   Chicago, IL 60661-5636
9845581       +Hb Fsb,   Po Box 8633,   Elmhurst, IL 60126-8633
9845583       +Household Finance Corporation,   c/o Berger, Newmark and Fenchel P.C,
                222 N. LaSalle, Suite 1900,   Chicago, IL 60601-1123
9845582       +Household Finance Corporation,   c/o Larson and Nierling,   11 S. LaSalle, Suite 2400,
                Chicago, IL 60603-1328
10080463      +Household Finance Corporation III,   c/o Larson and Nierling,   1 S. LaSalle Ste 2400,
                Chicago IL 60603-1201
9845584       +Hsbc/Carsn,   140 W Industrial Dr,   Elmhurst, IL 60126-1602
9845585       +Humana Health Care,   500 W. Main St.,   Louisville, KY 40202-2946
9845586      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
                Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
9845589       +Laurens Restoration, Inc.,   c/o Silver & Mishkin,   400 Skokie Blvd. Ste 850,
                Northbrook, IL 60062-7922
9845588       +Laurens Restoration, Inc.,   1870 Elmddale Avenue,   Glenview, IL 60026-1356
9845590       +Lou Harris Company,   613 Academy Dr,   Northbrook, IL 60062-2420
9845591       +Loyola University Medical Center,   2160 S. First Ave.,   Maywood, IL 60153-3328
9845593       +Marilyn Koulogeorge,   205 Bershire Dr.,   Lake Villa, IL 60046-5047
9845595        Mars Cleaning,   779 Main St.,   Antioch, IL 60002
9845596       +Mbna America,   Pob 17054,   Wilmington, DE 19884-0001
9845597       +Medical Business Bureau,   1460 Renaissance D,   Park Ridge, IL 60068-1331
9845598       +Merchants Credit Guide,   223 W Jackson St,   Chicago, IL 60606-6993
9845599       +Nationwide Credit Inc,   2015 Vaughn Rd Nw Ste 30,   Kennesaw, GA 30144-7801
9845600       +Nicor Gas,   1844 Ferry Road,   Naperville, IL 60563-9600
9845601       +Paragon Way Inc,   2101 W Ben White Blvd,   Austin, TX 78704-7516
10564363      +Paragon Way, Inc.,   P O Box 740933,   Dallas, TX 75374-0933
10564375      +Paragon Way, Inc.,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas, TX 75374-0933
9845602       +Pentagroup Financial,   5959 Corporate Dr Ste 14,   Houston, TX 77036-2302
9845603       +Peoples Energy,   130 E Randolph,   Chicago, IL 60601-6302
9961670       +Peoples Gas Light & Coke Co.,   130 E Randolph Dr,   Chicago IL 60601-6207
9845604       +Peter Koulogeorge,   205 Bershire Drive,   Lake Villa, IL 60046-5047
9845605       +Peter Mark Koulogeorge,   3423 N. Leavitt,   Chicago, IL 60618-6013
9845606       +Pier 1/Nb,   9111 Duke Blvd,   Mason, OH 45040-8999
```

```
District/off: 0752-3          User: lorsmith              Page 2 of 2                  Date Rcvd: Jul 09, 2009
Case: 05-74922                Form ID: pdf006             Total Noticed: 88

9845607       +Restore Board Up,    4447 Cortland Ave.,    Chicago, IL 60639-5100
9845608       +Resurrection Medical Center,    7435 Talcott Ave.,    Chicago, IL 60631-3746
9845609       +Richard Nakon and James Kaiser,    c/o Litchfield Cavo, LLP,    303 W. Madison, Suite 300,
                Chicago, IL 60606-3300
9845610       +State Farm,   c/o O'Hagen Smith & Amundsen,    150 N. Michigan, Suite 3300,
                Chicago, IL 60601-7621
10470336      +State Farm Fire and Casualty Company,    c/o Michael T. Evans,    O'Hagan Smith & Amundsen LLC,
                150 N Michigan Ave Ste 3300,    Chicago IL 60601-6004
10635509      +Susan n Gummow,   Clausen Miller PC,    10 South La Salle Street,    Chicago, IL 60603-1098
9845611       +Winkelmans,   1000 Macarthur Bv,    Mahwah, NJ 07430-2035
11968051       eCAST Settlement Corporation successor to,    Spiegel Acceptance Corp,    POB 35480,
                Newark NJ 07193-5480
10569664       eCAST Settlement Corporation, assignee of,    Household Finance Corporation/Beneficial,
                P.O. Box 35480,    Newark, NJ  07193-5480
The following entities were noticed by electronic transmission on Jul 10, 2009.
10948047      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                             Asset Acceptance LLC,
                assignee/ Maryland National Bank,    PO Box 2036,    Warren, MI 48090-2036
10896750      +E-mail/PDF: BNCEmails@blinellc.com Jul 10 2009 01:37:13       B-Line, LLC/Collect America,   ASPIRE,
                Mail Stop 550,   2101 Fourth Ave., Suite 1030,    Seattle, WA 98121-2317
9845572        E-mail/Text: legalasstfoundationrqsts@exeloncorp.com                            ComEd,
                Bill Payment Center,    Chicago, IL 60668-0002
10406377      +E-mail/Text: legalasstfoundationrqsts@exeloncorp.com                            ComEd Co,
                2100 Swift Drive,    Oakbrook IL 60523-1559
10081190      +E-mail/PDF: CSINC@TDS.NET Jul 10 2009 01:31:13        Condell Acute Care,
                c/o Certified Services Inc.,    1733 Washington St,    Waukegan IL 60085-5179
9845560       +E-mail/PDF: CSINC@TDS.NET Jul 10 2009 01:31:13        Condell Acute Care,
                c/o Certified Services Inc,    1733 Washington St #201,    Waukegan, IL 60085-5179
10464856      +E-mail/PDF: cr-bankruptcy@kohls.com Jul 10 2009 01:31:16        Kohl's Department Store,
                c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas, TX 75374-0933
9845587       +E-mail/PDF: cr-bankruptcy@kohls.com Jul 10 2009 01:31:16        Kohls,   N56 W 17000 Ridgewood Dr,
                Menomonee Falls, WI 53051-5660
10993575       E-mail/Text: resurgentbknotifications@resurgent.com
                LVNV Funding LLC its successors and assigns as,    assignee of Resurgent Capital LP/Citi,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
9845592       +E-mail/Text: resurgentbknotifications@resurgent.com                             Lvnv Funding,
                Po Box 740281,   Houston, TX 77274-0281
10574436      +E-mail/Text: bankrup@nicor.com                             Nicor Gas,    PO Box 549,
                Aurora IL 60507-0549
                                                                                               TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          Daniel Donahue,    P O Box 2903,   Rockford, IL   61132-2903
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 11, 2009**                        **Signature:**    _Joseph Speetjens_