**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LAUER, KELLY M | § | Case No. 05-74922 |
| LAUER, KARLA A | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 532,420.00 | Assets Exempt: 21,900.00 |
| Total Distributions to Claimants: 7,386.49 | Claims Discharged Without Payment: 216,896.98 |
| Total Expenses of Administration: 22,649.13 | |

3) Total gross receipts of $ 30,035.62 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 30,035.62 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 819,760.02 | $ 793,615.57 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 22,649.13 | 22,649.13 | 22,649.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 247,931.87 | 224,283.47 | 7,386.49 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 1,090,341.02 | $ 1,040,548.17 | $ 30,035.62 |

4) This case was originally filed under chapter 7 on 09/19/2005 , and it was converted to chapter 7 on 10/21/2005 . The case was pending for 53 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/09/2010 By:/s/DANIEL M. DONAHUE

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Litigation v. State Farm, et al. | 1149-000 | 25,000.00 |
| Counterclaim v. Ameriquest | 1149-000 | 5,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 35.62 |
| TOTAL GROSS RECEIPTS | | $30,035.62 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERIQUEST MORTGAGE CO. | 4110-000 | NA | 525,000.00 | 525,000.00 | 0.00 |
| CHICAGO MUNICIPAL EMP | 4210-000 | NA | 17,501.49 | 0.00 | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHICAGO MUNICIPAL EMP | 4210-000 | NA | 8,642.96 | 0.00 | 0.00 |
| CHICAGO MUNICIPAL EMP | 4210-000 | NA | 8,642.92 | 8,642.92 | 0.00 |
| CHICAGO MUNICIPAL EMP | 4210-000 | NA | 17,501.49 | 17,501.49 | 0.00 |
| DRIVE FINANCIAL SERVICES | 4210-000 | NA | 11,373.61 | 11,373.61 | 0.00 |
| HOUSEHOLD FINANCE CORPORATION III | 4210-000 | NA | 231,097.55 | 231,097.55 | 0.00 |
| **TOTAL SECURED CLAIMS** | | $ NA | $ 819,760.02 | $ 793,615.57 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | 2100-000 | NA | 3,753.39 | 3,753.39 | 3,753.39 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 4.00 | 4.00 | 4.00 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 17,425.00 | 17,425.00 | 17,425.00 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 466.74 | 466.74 | 466.74 |
| CHRISTOPHER LANGONE | 3210-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 22,649.13 | $ 22,649.13 | $ 22,649.13 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERIQUEST MORTGAGE CO. | 7100-000 | NA | 56,918.78 | 56,918.78 | 1,887.15 |
| ANDREA AND MICHAEL IDEN | 7100-000 | NA | 6,093.33 | 6,093.33 | 202.03 |
| ARROW FINANCIAL SERVICES LLC | 7100-000 | NA | 1,255.11 | 1,255.11 | 41.61 |
| ASSET ACCEPTANCE LLC | 7100-000 | NA | 18,037.29 | 18,037.29 | 598.03 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| B-LINE, LLC/COLLECT AMERICA | 7100-000 | NA | 7,306.24 | 7,306.24 | 242.24 |
| CHILDRESS, DUFFY AND GOLDBLATT | 7100-000 | NA | 18,092.26 | 0.00 | 0.00 |
| CHILDRESS, DUFFY AND GOLDBLATT | 7100-000 | NA | 4,010.00 | 4,010.00 | 132.95 |
| CHILDRESS, DUFFY AND GOLDBLATT | 7100-000 | NA | 18,508.11 | 18,508.11 | 613.64 |
| COMED CO | 7100-000 | NA | 2,617.34 | 2,617.34 | 86.78 |
| CONDELL ACUTE CARE | 7100-000 | NA | 150.43 | 150.43 | 4.99 |
| CONDELL ACUTE CARE | 7100-000 | NA | 157.51 | 0.00 | 0.00 |
| DEPARTMENT OF THE TREASURY-INTERNAL | 7100-000 | NA | 14,501.15 | 14,501.15 | 480.79 |
| ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | NA | 9,472.77 | 9,472.77 | 314.07 |
| KOHL'S DEPARTMENT STORE | 7100-000 | NA | 549.85 | 549.85 | 18.23 |
| LAURENS RESTORATION, INC. | 7100-000 | NA | 73,918.70 | 73,918.70 | 2,450.79 |
| LVNV FUNDING LLC ITS SUCCESSORS AND | 7100-000 | NA | 2,898.78 | 2,898.78 | 96.11 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LVNV FUNDING LLC ITS SUCCESSORS AND | 7100-000 | NA | 4,971.62 | 4,971.62 | 164.83 |
| NICOR GAS | 7100-000 | NA | 1,281.56 | 1,281.56 | 42.49 |
| PARAGON WAY, INC. | 7100-000 | NA | 294.36 | 294.36 | 9.76 |
| PEOPLES GAS LIGHT & COKE CO. | 7100-000 | NA | 5,398.63 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION SUCCES | 7200-000 | NA | 1,498.05 | 1,498.05 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ NA | $ 247,931.87 | $ 224,283.47 | $ 7,386.49 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 05-74922 MLB Judge: MANUEL BARBOSA
Case Name: LAUER, KELLY M
LAUER, KARLA A
For Period Ending: 03/09/10

Trustee Name: DANIEL M. DONAHUE
Date Filed (f) or Converted (c): 10/21/05 (c)
341(a) Meeting Date: 12/15/05
Claims Bar Date: 11/28/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 520,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash on hand | 20.00 | 0.00 | DA | 0.00 | FA |
| 3. Household goods and furnishings | 900.00 | 0.00 | DA | 0.00 | FA |
| 4. Wearing Apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 5. Litigation v. Mason, et al. | Unknown | 0.00 | OA | 0.00 | FA |
| 6. Litigation v. Nakon et al. | Unknown | 0.00 | OA | 0.00 | FA |
| 7. Litigation v. State Farm, et al. | Unknown | 25,000.00 | | 25,000.00 | FA |
| 8. Counterclaim v. Ameriquest | Unknown | 5,000.00 | | 5,000.00 | FA |
| 9. 1993 Chevrolet Astro Van | 500.00 | 0.00 | DA | 0.00 | FA |
| 10. 2003 Mazda Protege | 10,500.00 | 0.00 | DA | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 35.62 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $532,420.00 | $30,000.00 | | $30,035.62 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final report filed.

Initial Projected Date of Final Report (TFR): 07/01/08    Current Projected Date of Final Report (TFR): 07/01/09

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 05-74922 -MLB
Case Name: LAUER, KELLY M
LAUER, KARLA A
Taxpayer ID No: *******6568
For Period Ending: 03/09/10

Trustee Name: DANIEL M DONAHUE
Bank Name: BANK OF AMERICA, N A
Account Number / CD #: *******0014 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/10/07 | 8 | AMERIQUEST MORTGAGE | SETTLEMENT PROCEEDS | 1149-000 | 5,000.00 | | 5,000.00 |
| 07/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.74 | | 5,002.74 |
| 08/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.25 | | 5,006.99 |
| 09/28/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 3.18 | | 5,010.17 |
| 10/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 3.20 | | 5,013.37 |
| 11/30/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 2.68 | | 5,016.05 |
| 12/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 2.40 | | 5,018.45 |
| 01/31/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 1.99 | | 5,020.44 |
| 02/29/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 1.19 | | 5,021.63 |
| 03/31/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.19 | | 5,022.82 |
| 04/30/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.03 | | 5,023.85 |
| 05/30/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.64 | | 5,024.49 |
| 06/04/08 | 001000 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | CH. 7 BLANKET BOND - 6/1/08-6/1/09 | 2300-000 | | 4.00 | 5,020.49 |
| 06/30/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.62 | | 5,021.11 |
| 07/31/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.64 | | 5,021.75 |
| 08/29/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.64 | | 5,022.39 |
| 09/30/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.62 | | 5,023.01 |
| 10/20/08 | 7 | STATE FARM FIRE AND CASUALTY COMPANY | SETTLEMENT PROCEEDS: LITIGATION | 1149-000 | 25,000.00 | | 30,023.01 |
| 10/31/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.76 | | 30,023.77 |
| 11/28/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.46 | | 30,026.23 |
| 12/31/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.51 | | 30,027.74 |
| 01/30/09 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.25 | | 30,027.99 |
| 02/27/09 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.23 | | 30,028.22 |
| 03/31/09 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 30,028.48 |
| 04/30/09 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.66 | | 30,029.14 |
| 05/07/09 | 001001 | CHRISTOPHER LANGONE | ATTORNEY'S FEES | 3210-000 | | 1,000.00 | 29,029.14 |
| | | | | Page Subtotals | 30,033.14 | 1,004.00 | |

Ver: 15.06b

**FORM 2**

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-74922 -MLB
Case Name: LAUER, KELLY M
LAUER, KARLA A
Taxpayer ID No: *******6568
For Period Ending: 03/09/10

Trustee Name: DANIEL M. DONAHUE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0014 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 5315 N. SAINT LOUIS | | | | | |
| | | CHICAGO, IL 60625 | | | | | |
| 05/29/09 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.76 | | 29,029.90 |
| 06/30/09 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.74 | | 29,030.64 |
| 07/31/09 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.74 | | 29,031.38 |
| 08/11/09 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.24 | | 29,031.62 |
| 08/11/09 | | Transfer to Acct #*******1460 | Final Posting Transfer | 9999-000 | | 29,031.62 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 30,035.62 | 30,035.62 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 29,031.62 | |
| Subtotal | 30,035.62 | 1,004.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 30,035.62 | 1,004.00 | |

Page Subtotals 2.48 29,031.62

**FORM 2**



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 05-74922 -MLB
Case Name: LAUER, KELLY M
LAUER, KARLA A
Taxpayer ID No: *******6568
For Period Ending: 03/09/10

Trustee Name: DANIEL M DONAHUE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1460 GENERAL CHECKING

Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/11/09 | | Transfer from Acct #*******0014 | Transfer In From MMA Account | 9999-000 | 29,031.62 | | 29,031.62 |
| 08/13/09 | 000100 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 3,753.39 | 25,278.23 |
| 08/13/09 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 17,425.00 | 7,853.23 |
| 08/13/09 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 466.74 | 7,386.49 |
| 08/13/09 | 000103 | Andrea and Michael Iden<br>c/o Richard J. Nakem<br>121 E. Liberty St., Ste. 3<br>Wauconda, IL 60084 | Claim 000002, Payment 3.3% | 7100-000 | | 202.03 | 7,184.46 |
| 08/13/09 | 000104 | Condell Acute Care<br>c/o Certified Services Inc.<br>1733 Washington St<br>Waukegan IL 60085 | Claim 000005, Payment 3.3% | 7100-000 | | 4.99 | 7,179.47 |
| * 08/13/09 | 000105 | ComEd Co<br>2100 Swift Drive<br>Oakbrook IL 60523 | Claim 000006, Payment 3.3% | 7100-004 | | 86.78 | 7,092.69 |
| 08/13/09 | 000106 | Ameriquest Mortgage Co.<br>c/o Bryan Sims<br>James, Gustafson and Thompson, Ltd.<br>1001 E. Chicago Ave, Suite 103<br>Naperville, IL 60540 | Claim 000007A, Payment 3.3% | 7100-000 | | 1,887.15 | 5,205.54 |
| 08/13/09 | 000107 | Kohl's Department Store<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Claim 000012, Payment 3.3% | 7100-000 | | 18.23 | 5,187.31 |
| 08/13/09 | 000108 | Paragon Way, Inc.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933 | Claim 000014, Payment 3.3% | 7100-000 | | 9.76 | 5,177.55 |
| | | | | Page Subtotals | 29,031.62 | 23,854.07 | |

Ver: 15.06b

**FORM 2**



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 05-74922 -MLB
Case Name: LAUER, KELLY M
LAUER, KARLA A
Taxpayer ID No: *******6568
For Period Ending: 03/09/10

Trustee Name: DANIEL M DONAHUE
Bank Name: BANK OF AMERICA, N A
Account Number / CD #: *******1460 GENERAL CHECKING

Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Dallas, TX 75374 | | | | | |
| 08/13/09 | 000109 | eCAST Settlement Corporation, assignee of Household Finance Corporation/Beneficial P.O. Box 35480 Newark, NJ 07193-5480 | Claim 000015, Payment 3.3% | 7100-000 | | 314.07 | 4,863.48 |
| 08/13/09 | 000110 | Nicor Gas PO Box 549 Aurora IL 60507 | Claim 000016, Payment 3.3% | 7100-000 | | 42.49 | 4,820.99 |
| 08/13/09 | 000111 | Arrow Financial Services LLC c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000017, Payment 3.3% | 7100-000 | | 41.61 | 4,779.38 |
| 08/13/09 | 000112 | B-Line, LLC/Collect America ASPIRE Mail Stop 550 2101 Fourth Ave., Suite 1030 Seattle, WA, 98121 | Claim 000018, Payment 3.3% | 7100-000 | | 242.24 | 4,537.14 |
| 08/13/09 | 000113 | Department of the Treasury-Internal Revenue Service Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114 | Claim 000019, Payment 3.3% | 7100-000 | | 480.79 | 4,056.35 |
| 08/13/09 | 000114 | Asset Acceptance LLC assignee/ Maryland National Bank PO Box 2036 Warren, MI 48090 | Claim 000020, Payment 3.3% | 7100-000 | | 598.03 | 3,458.32 |
| 08/13/09 | 000115 | LVNV Funding LLC its successors and assigns as assignee of Resurgent Capital LP/Citi Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000022, Payment 3.3% | 7100-000 | | 96.11 | 3,362.21 |
| | | | | Page Subtotals | 0.00 | 1,815.34 | |

FORM 2

Page 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | | |
|---|---|---|---|
| Case No | 05-74922 -MLB | Trustee Name | DANIEL M DONAHUE |
| Case Name | LAUER, KELLY M | Bank Name | BANK OF AMERICA, N A |
| | LAUER, KARLA A | Account Number / CD # | *******1460 GENERAL CHECKING |
| Taxpayer ID No | *******6568 | | |
| For Period Ending | 03/09/10 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/13/09 | 000116 | LVNV Funding LLC its successors and assigns as assignee of Resurgent Capital LP/Citi<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000023, Payment 3.3% | 7100-000 | | 164.83 | 3,197.38 |
| 08/13/09 | 000117 | Laurens Restoration, Inc<br>c/o Silver & Mishkin<br>400 Skokie Blvd. Ste 850<br>Northbrook, IL 60062 | Claim 000024, Payment 3 3% | 7100-000 | | 2,450.79 | 746.59 |
| 08/13/09 | 000118 | Childress, Duffy and Goldblatt<br>515 N. State<br>Suite 2200<br>Chicago, IL 60610 | Claim 000025A, Payment 3.3% | 7100-000 | | 132.95 | 613.64 |
| 08/13/09 | 000119 | Childress, Duffy and Goldblatt<br>515 N. State<br>Suite 2200<br>Chicago, IL 60610 | Claim 000025B, Payment 3.3% | 7100-000 | | 613.64 | 0.00 |
| * 01/04/10 | 000105 | ComEd Co<br>2100 Swift Drive<br>Oakbrook IL 60523 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -86.78 | 86.78 |
| 01/11/10 | 000120 | U.S. BANKRUPTCY COURT<br>211 S. COURT ST.<br>ROCKFORD, IL 61101 | TURNOVER OF FUNDS | 7100-000 | | 86.78 | 0.00 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 3,362.21 |

Ver 15.06b

**FORM 2**



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-74922 -MLB
Case Name: LAUER, KELLY M
LAUER, KARLA A
Taxpayer ID No: *******6568
For Period Ending: 03/09/10

Trustee Name: DANIEL M DONAHUE
Bank Name: BANK OF AMERICA, N A.
Account Number / CD #: *******1460 GENERAL CHECKING

Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 29,031.62 | 29,031.62 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 29,031.62 | 0.00 | |
| | | | Subtotal | | 0.00 | 29,031.62 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 29,031.62 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********0014 | 30,035.62 | 1,004.00 | 0.00 |
| GENERAL CHECKING - ********1460 | 0.00 | 29,031.62 | 0.00 |
| | 30,035.62 | 30,035.62 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00